## Packrall Liquor License Case.

Argued December 14, 1965. *Floyd R. Warren,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board; *George B. Stegenga,* for appellees.

Order affirmed.

FLOOD, J., absent.

## Quaker City Wholesale Grocery Company, Appellant, *v.* McGarvey.

Argued December 14, 1965. *Lloyd J. Schumacker,* with him *Herbert G. Marvin,* and *Schumacker and Lunkenheimer,* for appellant; *James J. Phelan, Jr.,* for appellee.

Order affirmed.

FLOOD, J., absent.